UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:17-CR-46-FL-5

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| PATRICK DIREECE HOLIDAY | ) | |

Before the Court is Defendant's motion to file docket entry number 272 under seal pursuant to Local Criminal Rule 55.2.

For the reasons stated in defendant's motion, the Court finds good cause exists.

Accordingly, the motion is ALLOWED and docket entry 272 shall be filed under seal.

SO ORDERED.

This 19th day of July, 2019.

_____
Louise W. Flanagan
United States District Judge