UNITED STATES DISTRICT COURT  
for the  
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Patrick Direece Holiday**         **Docket No. 4:17-CR-46-5FL**

**Petition for Action on Supervised Release**

COMES NOW Andrew B. Medley, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Patrick Direece Holiday, who, upon an earlier plea of guilty to Conspiracy to Distribute and Possession With Intent to Distribute 1 Kilogram or More of Heroin and a Quantity of Marijuana, in violation of 21 U.S.C. §§ 846, 841(b)(1)(A), and 841(a)(1), and Possession With Intent to Distribute 100 Grams or More of Heroin and a Quantity of Marijuana; Aiding and Abetting, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B), and 841(a)(1), was sentenced by the Honorable Louise W. Flanagan, U.S. District Judge, on August 28, 2019, to the custody of the Bureau of Prisons for a term of 96 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Patrick Direece Holiday was released from custody on July 8, 2025, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant is committed to showing the court that he is a prosocial and law-abiding individual. The defendant has expressed interest in Cognitive Based Intervention programming. The probation office has established that the defendant is a suitable candidate for the Moral Reconation Therapy program. Therefore, it is recommended that a cognitive behavioral therapy condition be added to assist him with addressing criminal thinking patterns and avoiding risky behavior in the future.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a cognitive behavioral program as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Melissa K. Lunsmann<br>Melissa K. Lunsmann<br>Supervising U.S. Probation Officer | /s/ Andrew B. Medley<br>Andrew B. Medley<br>U.S. Probation Officer<br>310 New Bern Avenue, Room 610<br>Raleigh, NC 27601-1441<br>Phone: 984-212-1689<br>Executed On: January 22, 2026 |

**Patrick Direece Holiday**
**Docket No. 4:17-CR-46-5FL**
**Petition For Action**
**Page 2**

## ORDER OF THE COURT

Considered and ordered this <u>  26th  </u> day of <u>     January     </u>, 2026, and ordered filed and made a part of the records in the above case.

_____
Louise W. Flanagan
U.S. District Judge